In the Matter of PETER GRAZIANO, Appellant, v ROBERT DENNISON, Respondent.

Submitted April 17, 2006; decided June 8, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of ERROL IRVING, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Submitted May 22, 2006; decided June 8, 2006

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Fourth Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).

In the Matter of LEROY C., JR. and Others, Children Alleged to be Permanently Neglected. HANNA N., Appellant; ST. CHRISTOPHER'S, INC., et al., Respondents, et al., Respondent.

Submitted May 1, 2006; decided June 8, 2006

Motion for reargument of motion for leave to appeal denied [*see* 6 NY3d 708]. Cross motion for imposition of sanctions denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBY LANE, Appellant.

Submitted June 5, 2006; decided June 8, 2006

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.